UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 13-6956 as

☐ Retained  ☑ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: Stoney Lester

_____ as the
(party name)

☐ appellant(s)  ☐ appellee(s)  ☑ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

s/Rakesh Kilaru
(signature)

Rakesh Kilaru
Name (printed or typed)

202-383-5269
Voice Phone

O'Melveny & Myers LLP
Firm Name (if applicable)

202-383-5414
Fax Number

1625 Eye St. NW

Washington, DC 20006
Address

rkilaru@omm.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on 1/31/2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Stoney Lester
#91093-020
FCI Petersburg Low
Federal Correctional Institution
P.O. Box 1000
Petersburg, VA 23804

s/Rakesh Kilaru
Signature

1/31/14
Date

11/17/2011
SCC