IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____
                                    )
STONEY LESTER,                      )
*Petitioner-Appellant*,             )
                                    )
    v.                              )    No. 13-6956
                                    )
ERIC D. WILSON,                     )
*Respondent-Appellee*,              )
                                    )
_____

**UNOPPOSED MOTION TO EXTEND THE TIME TO FILE PETITIONER-APPELLANT'S OPENING BRIEF AND THE JOINT APPENDIX**

Pursuant to Loc. R. 31(c), petitioner-appellant Stoney Lester hereby moves this court for an extension of time to file the opening brief and the joint appendix. This motion is both unopposed and justified by "extraordinary circumstances," Loc. R. 31(c), and has been filed "well in advance of the date the brief is due," *id.*

1. By an order filed on January 23, 2014, the Clerk of the Court appointed undersigned counsel to represent Lester and set forth the following briefing schedule:

    • Opening brief and joint appendix due March 4, 2014;

    • Response brief due April 7, 2014;

    • Reply brief due within 14 days of service of the response brief.

2. Lester respectfully requests that this Court grant a forty-five (45) day extension of time to file the opening brief and joint appendix. If the requested

1

extension is granted, the opening brief and joint appendix would be due on April 18, 2014.

3. Extraordinary circumstances exist to justify the forty-five day extension. Undersigned counsel was recently appointed and is working diligently to obtain necessary record materials in the case, but has not yet received the complete record.

4. In addition, counsel has conflicts interfering with the preparation of the opening brief in this case. Those conflicts include:

- Substantially assisting in preparation for an oral argument in the Arkansas Supreme Court on February 27 (*Ortho-McNeil-Janssen Pharmaceuticals, Inc. v. Arkansas*, No. 12-1058).

- Substantially assisting in preparation for two oral arguments in the Ninth Circuit on March 6 (*Slayman v. FedEx Ground Package System*, No. 12-35525; *Alexander v. FedEx Ground Package System*, No. 12-17458).

5. In addition, Jonathan D. Hacker, undersigned counsel's supervising attorney, also has several conflicts interfering with the preparation of Lester's opening brief. Those conflicts are as follows:

- A brief in opposition to certiorari due in the U.S. Supreme Court on February 3 (*Oakey v. US Airways Pilots Disability Income Plan*, No. 13-479).

- A combined response/reply brief due in the Sixth Circuit on February 3 (*IMG Worldwide Inc. v. Westchester Fire Ins. Co.*, Nos. 13-3832, 13-3837).

2

- A brief in opposition to certiorari due in the U.S. Supreme Court on February 7 (*Tibble v. Edison International*, No. 13-550).

- Oral argument in the California Court of Appeal on February 13, 2014 (*Nelson v. Time, Inc.*, No. B245412).

- A brief in support of a motion to dismiss due in the U.S. District Court for the Southern District of New York on February 14 (*In re South African Apartheid*, No. 1:02-md-1499).

- A brief in response to a show cause order seeking dismissal of appeal due in the Kansas Court of Appeals on February 17 (*Farrar v. Mobil Oil Corp.*, No. 107-943).

- A certiorari reply brief due in the U.S. Supreme Court on February 19 (*Catsimatidis v. Irizarry*, No. 13-683).

- Two oral arguments in the Ninth Circuit on March 6 (*Slayman v. FedEx Ground Package System*, No. 12-35525; *Alexander v. FedEx Ground Package System*, No. 12-17458).

- A response brief due in the Federal Circuit on March 14, 2014 (*Hitachi Consumer Electronics, Inc. v. Top Victory Electronics (Taiwan) Co.*, No. 2014-1047).

6. Undersigned counsel has conferred with counsel for respondent-appellee, who does not oppose the request for an extension of time.

7. This motion has been filed promptly and "well in advance of the date the brief is due." Loc. R. 31(c). Moreover, this motion will not affect the argument date, which has not yet been fixed. *Id.*

Dated:  February 6, 2014        Respectfully submitted,

By:  s/ *Rakesh Kilaru*
    Rakesh Kilaru
    Jonathan D. Hacker
    Kathryn Tarbert
    O'MELVENY & MYERS LLP
    1625 Eye St. NW
    Washington, DC 20006-4001
    Telephone: (202) 383-5300
    Facsimile: (202) 383-5414
    E-mail: rkilaru@omm.com

Attorneys for Petitioner-Appellant Stoney Lester

# **CERTIFICATE OF SERVICE**

I hereby certify that, on this 6th day of February 2014, I electronically filed the foregoing Unopposed Motion to Extend the Time to File Petitioner-Appellant's Opening Brief and the Joint Appendix with the Clerk of Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF users:

Michael Alan Rotker
U.S. Department of Justice
Criminal Division, Appellate Section
Suite 1264
950 Pennsylvania Avenue NW
Washington, DC 20530
E-mail: Michael.Rotker@usdoj.gov

Counsel for Respondent-Appellee Eric D. Wilson

                                                s/ *Rakesh Kilaru*
                                                Rakesh Kilaru
                                                Jonathan D. Hacker
                                                Kathryn Tarbert
                                                O'MELVENY & MYERS LLP
                                                1625 Eye St. NW
                                                Washington, DC 20006-4001
                                                Telephone: (202) 383-5300
                                                Facsimile: (202) 383-5414
                                                E-mail:  rkilaru@omm.com

                                                Attorneys for Petitioner-Appellant Stoney Lester